J. PHILIP MARTIN (SBN 55100)
234 Van Ness Ave.
San Francisco, California 94102
Telephone:    (415) 431-2493
Facsimile:    (415) 431-2204

Attorneys for Plaintiff
FARIBORZ MEHRAFSHANI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 11/21/05*

| | |
|---|---|
| FARIBOR MEHRAFSHANI, an individual, | ) Case No. C01-20526-RMW |
| | ) ORDER GRANTING |
| Plaintiff, | ) SUBSTITUTION OF COUNSEL FOR |
| | ) PLAINTIFF |
| v. | ) |
| | ) |
| COMPAQ COMPUTER CORPORATION, | ) |
| AND DOES 1 through 20, inclusive | ) |
| | ) |
| Defendants | ) |
| | ) |

TO ALL PARTIES AND TO THEIR COUNSEL:

PLEASE TAKE NOTICE that plaintiff Fariborz Mehrafshani substitutes J. Philip Martin as his attorney of record in this case in the place of Kastner Banchero LLP.  The mailing address for J. Philip Martin is 234 Van Ness Avenue, San Francisco, California 94102, Telephone (415) 431-2493.

November 8, 2005

Fariborz Mehrafshani

- 1 -

Substitution of Counsel

1    Kastner Banchero LLLP consents to the above substitution.

2

3

4                                            Eric C. Kastner
                                             Kastner Banchero LLP
5

6

7    The undersigned accepts the above substitution.

8

9
                                             J. Philip Martin
10   IT IS SO ORDERED.

11

12   Dated: 11/21/05                    /s/ Ronald M. Whyte
                                        U.S. DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    - 2 -

Substitution of Counsel