1  Bingham McCutchen, LLP
   ALAN R. BERKOWITZ (SBN 50112)
2  SEJAL A. MISTRY (SBN 209616)
   Three Embarcadero Center
3  San Francisco, California 94111-4067
   Telephone: (415) 393-2000
4  Facsmile: (415) 393-2286

5  Attorneys for Defendant
   COMPAQ COMPUTER CORPORATION
6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION                *E-FILED - 9/6/06*

11

12  FARIBORZ MEHRAFSHANI,                   No. C01-20526-RMW

13         Plaintiff,                       **ADR STIPULATION AND**
                                            **[PROPOSED] ORDER**
14    v.

15  COMPAQ COMPUTER CORPORATION, and
    DOES 1 through 20, inclusive,
16
           Defendants.
17

18  / / / / /
19  / / / / /
20  / / / / /
21  / / / / /
22  / / / / /
23  / / / / /
24  / / / / /
25  / / / / /
26

SF/21681878.1

1  Plaintiff Fariborz Mehrafshani and defendant Compaq Computer Corporation
2  hereby stipulate to participate in mediation.
3  DATED: August 18, 2006
4
5  Bingham McCutchen, LLP
6
7  By: _____
8  Sejal A. Mistry
   Attorneys for Defendant
9  COMPAQ COMPUTER CORPORATION

10  DATED: August 18, 2006
11
12  By: _____
13  J. Philip Martin
   Attorney for Plaintiff
14  FARIBORZ MEHRAFSHANI
15
16  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
17
18  DATED: ___9/6/06___                    ___/s/ Ronald M. Whyte___
19                                          Hon. Ronald M. Whyte
                                            U.S. District Court Judge
20
21
22
23
24
25
26

SF/21681878.1                2

ADR STIPULATION AND [PROPOSED] ORDER